## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AMIEL CUETO**,

**Plaintiff,**

**v.**

**ROBERT THOMAS, LLOYD KARMEIER,
RITA GARMAN, THOMAS FITZGERALD,
ANNE BURKE, CHARLES FREEMAN,
THOMAS KILBRIDE, and JAMES GROGAN,**

**Defendants.**                                              **No. 08-0868-DRH**

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Defendants' January 23, 2009 joint motion to stay discovery (Doc. 17). As of this date, Plaintiff has not responded to the motion.[1] Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **STAYS** discovery in this matter pending disposition of the pending motions to dismiss.

**IT IS SO ORDERED.**

Signed this 17th day of February, 2009.


/s/      *David R Herndon*

**Chief Judge
United States District Court**

_____

[1]**Local Rule 7.1(g)** provides in part: "A party opposing such motion shall have **ten (10) days** after service of the motion to file a written response. Failure to file a timely response to a motion may, in the Court's discretion, be considered an admission of the merits of the motion."